IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAZZIMANN DAVIS,

    Plaintiff,

v.                                  CASE NO. 4:22cv351-RH-MAF

UNITED STATES SERVICE
INDUSTRIES, INC., etc.,

    Defendant.

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation for dismissal with prejudice. ECF No. 10. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed with prejudice and without taxation of costs or attorney's fees. The clerk must close the file.

SO ORDERED on November 14, 2022.

                                         s/Robert L. Hinkle
                                         United States District Judge